**VIRGINIA:**

**IN ARLINGTON COUNTY CIRCUIT COURT**

MARSHA COTTON
16 Custer Drive
Offutt Air Force Base
Omaha, Nebraska 68113

Plaintiff,

v.

Joseph Young, Jr. Case No:
and Raiser LLC
1725 3rd St.
San Francisco, CA 94158

Serve: CT Corporation System
4701 Cox Road Ste 285
Glen Allen, Virginia 23060

and

Jane Doe (unidentified driver)

Defendants.

**COMPLAINT**

COMES NOW the Plaintiff, MARSHA COTTON, by and through her counsel, Christopher M. FitzPatrick, Esq. and Morgan & Morgan, DC, PLLC, brings this cause of action against the Defendants JOSEPH YOUNG, Jr. and RASIER, LLC and alleges the following:

**PARTIES**

1. Plaintiff, Marsha Cotton is a citizen of the United States that currently resides in Omaha, Nebraska and under no legal disability and a resident of Chester, Virginia.

2. Defendant, JOSEPH YOUNG JR. under knowledge, information and belief is a citizen of United States.



EXHIBIT
1

3. Defendant, RASIER, LLC is a California Limited Liability Company that is authorized to conduct business in Virginia.

## JURISDICTION AND VENUE

4. Jurisdiction is vested in this Court and venue is also proper in this Court as the tortious injury occurred in Arlington County, Virginia.

## FACTS

5. On or about September 13, 2022, Plaintiff, was back side right rear passenger in a vehicle driven by defendant JOSEPH YOUNG Jr., on Route 50 near Arlington Boulevard in Arlington County, Virginia.

6. At the same time and place, Defendant, JOSEPH YOUNG JR., was operating his vehicle within the scope of his employment for RASIER, LLC., when suddenly and without warning, Defendant JOSEPH YOUNG realized he was going to miss the exit for Arlington Boulevard and yanked the wheel abruptly to the right and failed to realize that there was a vehicle on his right side and made heavy contact with that vehicle driven by Defendant JANE DOE.

7. At the time of this incident Defendants JOSEPH YOUNG JR. and RASIER, LLC., were the owners of the vehicle driven and operated by Defendant, JOSEPH YOUNG, JR.

8. The aforementioned collision occurred as the proximate result of the negligent conduct of Defendant, JOSEPH YOUNG JR.

9. At all times relevant, Plaintiff was free of any contributory negligence as to the cause of the collision and the injuries sustained. Likewise, Plaintiff did not assume the risk of injury.

## COUNT I – NEGLIGENCE

Plaintiff re-pleads and incorporates by reference paragraphs No. 1 through paragraph No.

9 of this Complaint fully as if the allegations were set forth fully herein and further states:

10. The Defendant JOSEPH YOUNG JR. had a duty to operate his vehicle in a careful and safe manner.

11. The Defendant breached his duties of care by:

a. failing to keep a proper distance from another motorist by following too closely;

b. failing to maintain control of his vehicle;

c. failing to use reasonable care when operating his vehicle;

d. failing to obey traffic laws;

e. failing to safely operate his vehicle at a reasonable rate of speed;

f. failing to keep a proper lookout;

g. failing to take steps to avoid causing a collision;

h. failing to generally operate his vehicle in a safe, reasonable, and prudent manner;

i. and was otherwise negligent.

12. Defendant JOSEPH YOUNG JR was an employee agent of RASIER, LLC. and was operating this vehicle within the scope of employment for Defendant RASIER, LLC. and had RAISER, LLC's permission to operate the vehicle.

13. Pursuant to the Doctrine of Respondeat Superior, Defendant RASIER, LLC is vicariously liable for the acts and omissions committed by Defendant RASIER, LLC.

**DAMAGES AND AD DAMNUM**

14. As a direct and proximate result of the above-described breaches of duties, Plaintiff, MARSHA COTTON was caused to suffer serious injury to her person, to include pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, permanent physical impairment, disfigurement, lost wages, past and future, medical expenses, past and future, and

other damages, with no negligence or lack of due care on her part contributing thereto.

15. The aforementioned damages are permanent and continuing in nature.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant judgment in favor of Plaintiff, MARSHA COTTON, for a personal injury action of and against Defendants, JOSEPH YOUNG Jr. and RASIER, LLC jointly and severally in the amount of $1,000,000.00 for compensatory damages and for such other amounts permitted by law as well as interest from September 13, 2022, and attorneys' fees and costs, or such other amounts as permitted by law and for such further relief as this Court deems just and proper.

## PRAYER FOR A JURY TRIAL

Plaintiff, by and through the undersigned counsel, hereby requests a jury trial on all triable issues in the above-captioned matter.

Respectfully submitted,

*/s Christopher M. FitzPatrick*

Christopher M. FitzPatrick, Esquire
VSB# 90394
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Email: cfitzpatrick@forthepeople.com
Phone: (202) 772-0566
Fax: (202) 772-0616